## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY<br>200 Innovation Way<br>Akron, OH 44316-0001<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID DACHS dba READYGOLF<br>aka READYGOLF.COM, an individual<br>4772 Betty Davis Drive<br>York, SC 29745<br><br>and<br><br>312 Inland Cove Court<br>Clover, SC 29710<br><br>      Defendant. | CASE NO.:<br><br><br>JUDGE: |

## COMPLAINT

Plaintiff, The Goodyear Tire & Rubber Company ("Plaintiff" or "Goodyear"), for its Complaint against Defendant, David Dachs dba ReadyGOLF aka ReadyGOLF.com ("Defendant" or "ReadyGOLF"), alleges and avers as follows:

## THE PARTIES

1.      Plaintiff, The Goodyear Tire & Rubber Company, is and at all times relevant was an Ohio corporation formed and existing under the laws of the State of Ohio, with its principal place of business in the County of Summit, State of Ohio.

1

2.      Upon information and belief, Defendant ReadyGOLF is a sole proprietorship doing business at 4772 Betty Davis Drive, York, SC 29745 and 312 Inland Cove Court, Clover, SC 29710 and can be served at these addresses.

## JURISDICTION AND VENUE

3.      Through this Complaint, Plaintiff asserts claims against Defendant that arise under the Lanham Act of 1946, as amended, 15 U.S.C. § 1051, *et seq.*

4.      The Court has original subject matter jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1338(a).

5.      The Court has personal jurisdiction over Defendant in that Defendant has supplied goods and done business within the jurisdiction of this Court, including but not limited to receiving an order from and supplying a Goodyear Eagle Racing Click Tire Ball Marker and Hat Clip to Nancy Ray, an employee of Plaintiff, in Stow, Ohio, pursuant to the true and correct copy of the November 4, 2015 invoice attached hereto as Exhibit "A" and incorporated by referenced herein.

6.      Venue is proper in the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. §§ 1391(b) and 1400(b) as:  (a) this is a judicial district in which a substantial part of the events giving rise to the claims occurred; and (b) this is a judicial district in which Defendant has committed acts of infringement and has done business.

## GOODYEAR AND ITS GOODYEAR MARKS

7.      Goodyear is one of the largest tire companies in the world and sells a wide variety of goods and performs a wide variety of services, including but without limitation manufacturing and selling tires and providing automotive maintenance and repair services.  Goodyear and its licensees also distribute and sell numerous other products including, without limitation, golf

2

balls, golf tees, and other golf-related items, including but not limited to such licensed golf-related items sold on the website https://thegoodyearstore.summitmg.com, true and correct pages from which are attached hereto as Exhibit "B" and incorporated by reference herein.  Goodyear promotes these goods and services using, inter alia, the GOODYEAR name, the familiar winged-foot design, and a blue-and-yellow color scheme (collectively, the "GOODYEAR Marks").  The GOODYEAR Marks are the subject of numerous registrations on the Principal Register of the United States Patent and Trademark Office, including, but not limited to, those on Exhibit "C" attached hereto and incorporated by reference herein, which includes but is not limited to Registration #1162678 for golf balls, tees, and sporting articles.

8.    Said registrations remain active and valid.

9.    The GOODYEAR Marks are distinctive to both the consuming public and Goodyear's trade.

10.    As a result of their distinctiveness and widespread use and promotion throughout the United States, the GOODYEAR Marks are famous trademarks within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. 1125(c), and became famous prior to the acts of the Defendant alleged herein.

11.    For over one hundred years, Plaintiff has expended substantial resources marketing and maintaining the strength of the GOODYEAR brand.  Consumers, as a result, have developed a strong association between the GOODYEAR Marks and Plaintiff's quality goods and services.  The strength of the GOODYEAR Marks is one of Plaintiff's most valuable corporate assets.

3

## **NATURE OF THE CASE**

12.     Goodyear brings this action to put a stop to Defendant's unfair competition with Plaintiff arising from Defendant's willful infringement and dilution by tarnishment of Plaintiff's GOODYEAR Marks.  Plaintiff's GOODYEAR Marks embody the goodwill and repute of The Goodyear Tire & Rubber Company.

13.     Upon information and belief, Defendant is engaged in the sale of golf supplies, including but not limited to golf ball markers, which Defendant sells through its website at http://www.readygolf.com ("Defendant's Website").

14.     Without Goodyear's authorization, and upon information and belief, beginning after Goodyear acquired protectable exclusive rights in the GOODYEAR Marks, Defendant adopted and began using a mark identical to the GOODYEAR Marks (hereinafter, the "Infringing Mark") on golf ball markers in U.S. commerce.

15.     The Infringing Mark adopted and used by Defendant is identical to and/or confusingly similar to the GOODYEAR Marks.

16.     Upon information and belief, Defendant has been engaged in the manufacture, distribution, advertising, promotion, offering for sale and sale of golf ball markers using the Infringing Mark throughout the United States.  Attached hereto as Exhibit "D" is a true and correct copy of a page of Defendant's Website, showing Defendant's use of the Infringing Mark on golf ball markers described on Defendant's Website as "ReadyGOLF - Goodyear Eagle Racing Slick Tire Ball Marker & Hat Clip" (the "Golf Ball Markers").

17.     On April 26, 2016, June 16, 2016, and July 29, 2016, Plaintiff's counsel sent cease and desist letters to Defendant objecting to Defendant's use of the Infringing Mark.

Attached hereto as <u>Exhibit "E"</u> and incorporated by reference herein are true and correct copies of Plaintiff's counsels' cease and desist letters to Defendant.

18.     Plaintiff's counsel received a written response from Defendant in which Defendant stated that it would not stop using the Infringing Mark on Golf Ball Markers. Attached hereto as <u>Exhibit "F"</u> and incorporated by reference herein is a true and correct copy of Defendant's letter sent to Plaintiff's counsel.

19.     As of the date of the filing of this Complaint, Defendant continues to sell the Golf Ball Markers with the Infringing Mark on Defendant's Website.

20.     Defendant's infringing acts as alleged herein have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin of the Defendant's Golf Ball Markers and have and are likely to deceive the relevant consuming public into believing, mistakenly, that Defendant's Golf Ball Markers originate from, are associated or affiliated with, or otherwise authorized by Plaintiff.

21.     Defendant's acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Plaintiff and to its valuable reputation and goodwill with the consuming public for which Plaintiff has no adequate remedy at law.

**<u>COUNT ONE</u>**

**(Federal Trademark Infringement)**

22.     Plaintiff repeats and re-alleges paragraphs 1 through 21 hereof, as if fully set forth herein.

23.     Defendant's unauthorized use in commerce of the Infringing Mark as described herein is likely to cause confusion, mistake or deception and constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

24.     Upon information and belief, Defendant has committed the foregoing acts of infringement with full knowledge of Plaintiff's prior rights in the GOODYEAR Marks and with the wilful intent to cause confusion and trade on Plaintiff's goodwill.

25.     Defendant's conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

26.     Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

## COUNT TWO

### (Federal Unfair Competition and False Designation of Origin)

27.     Plaintiff repeats and re-alleges paragraphs 1 through 26 hereof, as if fully set forth herein.

28.     Defendant's unauthorized use in commerce of the Infringing Mark as alleged herein constitutes use of a false designation of origin and misleading description and representation of fact.

29.     Defendant's conduct as alleged herein is wilful and is intended to and is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendant with Plaintiff.

30.     Defendant's conduct as alleged herein is intended to and is likely to cause confusion, mistake or deception as to the origin, source, sponsorship, or affiliation of the Defendant's Golf Ball Markers.

6

31.    Defendant's conduct as alleged herein constitutes unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

32.    Defendant's conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

33.    Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

## COUNT THREE

### (Federal Trademark Dilution)

34.    Plaintiff repeats and re-alleges paragraphs 1 through 33 hereof, as if fully set forth herein.

35.    Plaintiff's GOODYEAR Marks are distinctive and "famous marks" within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

36.    Plaintiff's GOODYEAR Marks became distinctive and famous prior to the Defendant's acts as alleged herein.

37.    Defendant's acts as alleged herein have diluted and will, unless enjoined, continue to dilute and are likely to dilute the distinctive quality of Plaintiff's famous GOODYEAR Marks.

38.    Defendant's acts as alleged herein have tarnished and will, unless enjoined, continue to tarnish, and are likely to tarnish Plaintiff's GOODYEAR Marks by undermining and damaging the valuable goodwill associated therewith.

39.     Defendant's acts as alleged herein are intentional and wilful in violation of Section 43(c)(1) of the Lanham Act, and have already caused Plaintiff irreparable damage and will, unless enjoined, continue to so damage Plaintiff, which has no adequate remedy at law.

40.     Plaintiff is entitled to, among other relief, an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

**WHEREFORE**, Plaintiff, The Goodyear Tire & Rubber Company requests judgment against Defendant, David Dachs dba ReadyGOLF aka ReadyGOLF.com as follows:

A.     That Defendant has violated Section 32 of the Lanham Act (15 U.S.C. § 1114); Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)); and Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)).

B.     Granting an injunction and permanently enjoining the Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all of those in active concert and participation with any of the foregoing persons or entities who receive actual notice of the Court's order by personal service or otherwise from:

1.     manufacturing, distributing, selling, marketing, advertising, promoting or authorizing any third party to manufacture, distribute, sell, market, advertise or promote any goods or services bearing GOODYEAR Marks or any other mark that is a counterfeit, copy, simulation, confusingly similar variation or colorable imitation of Plaintiff's GOODYEAR Marks;

2. engaging in any activity that infringes Plaintiff's rights in its GOODYEAR Marks;

3. engaging in any activity constituting unfair competition with Plaintiff;

4. engaging in any activity that is likely to dilute the distinctiveness of Plaintiff's GOODYEAR Marks;

5. making or displaying any statement, representation or depiction that is likely to lead the public or the trade to believe that Defendant's goods are in any manner approved, endorsed, licensed, sponsored, authorized or franchised by or associated, affiliated or otherwise connected with Plaintiff;

6. using or authorizing any third party to use in connection with any business, goods or services any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices or trade dress that falsely associate such business, goods and/or services with Plaintiff or tend to do so;

7. aiding, assisting or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (1) through (6).

C. Granting such other and further relief as the Court may deem proper to prevent the public and trade from deriving the false impression that any goods or services manufactured, sold, distributed, licensed, marketed, advertised, promoted or otherwise offered or circulated by Defendant are in any way approved, endorsed, licensed, sponsored, authorized or franchised by or associated, affiliated or

otherwise connected with Plaintiff or constitute or are connected with Plaintiff's goods or services.

D.  Directing Defendant to immediately cease all manufacture, display, distribution, marketing, advertising, promotion, sale, offer for sale and/or use of any and all packaging, labels, catalogs, containers, advertisements, signs, displays and other goods or materials that feature or bear any designation or mark incorporating GOODYEAR Marks or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's GOODYEAR Marks, and to direct all distributors, retailers, wholesalers and other individuals and establishments wherever located in the United States that distribute, advertise, promote, sell or offer for sale Defendant's goods or services to cease forthwith the display, distribution, marketing, advertising, promotion, sale and/or offering for sale of any and all goods, services, packaging, labels, catalogs, containers, advertisements, signs, displays and other materials featuring or bearing GOODYEAR Marks or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's GOODYEAR Marks, and to immediately remove them from public access and view, including but not limited to on Defendant's Website.

E.  Directing that Defendant recall and deliver up for destruction all goods and related materials incorporating or bearing the GOODYEAR Marks or any other mark that is a counterfeit, copy, confusingly similar variation or colorable imitation of Plaintiff's GOODYEAR Marks.

10

F.     Directing, pursuant to Section 35(a) of the Lanham Act (15 U.S.C. § 1116(a)), Defendant to file with the Court and serve upon Plaintiff's counsel within thirty (30) days after service on Defendant of an injunction in this action, or such extended period as the Court may direct, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied therewith.

G.     Awarding Plaintiff an amount up to three times the amount of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)).

H.     Directing that Defendant account to and pay over to Plaintiff all profits realized by its wrongful acts in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)) enhanced as appropriate to compensate Plaintiff for the damages caused thereby.

I.     Awarding punitive and exemplary damages as the Court finds appropriate to deter any future willful infringement.

J.     Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act and awarding Plaintiff its costs and reasonable attorneys' fees thereunder (15 U.S.C. § 1117(a)).

K.     Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums.

L.     Awarding such other and further relief as the Court deems just and proper.

Dated: <u>November 9, 2016</u>

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC

By: <u>*Matthew R. Duncan*</u>
     Mark J. Skakun, III  ##0023475
     Matthew R. Duncan  #0076420
     3800 Embassy Parkway, Suite 300
     Akron, OH 44333
     (330) 376-5300 (Telephone)
     (330) 258-6559 (Facsimile)
     mskakun@bdblaw.com
     mduncan@bdblaw.com

     *Attorneys for Plaintiff, The Goodyear Tire & Rubber Co.*

AK3:1237332_

Ship To:

**Nancy Ray**
**3765 Briarton Court**
**Stow, OH 44224**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Order ID: 106-5917332-0861067

Thank you for buying from ReadyGOLF on Amazon Marketplace.

| Shipping Address: | Order Date: | Nov 4, 2015 |
|---|---|---|
| Nancy Ray | Shipping Service: | Standard |
| 3765 Briarton Court | Buyer Name: | Nancy A ray |
| Stow, OH 44224 | Seller Name: | ReadyGOLF |

| Quantity | Product Details | Price | Total | |
|---|---|---|---|---|
| 1 | **ReadyGolf - Goodyear Eagle Racing Slick Tire Ball Marker & Hat Clip** | $19.95 | Subtotal: | $19.95 |
| | | | Shipping: | $5.00 |
| | SKU: 8Z-A5Q1-2FQP | | | |
| | ASIN: B00N6RXEX4 | | Total: | $24.95 |
| | Listing ID: 0831ORCKPTX | | | |
| | Order Item ID: 47283397345506 | | | |
| | Condition: New | | | |
| | | | **ORDER TOTAL: $24.95** | |

**Returning your item:**
Go to "Your Account" on Amazon.com, click "Your Orders" and then click the "seller profile" link for this order to get information about the return and refund policies that apply.
Visit http://www.amazon.com/returns to print a return shipping label. Please have your order ID ready.

**Thanks for buying on Amazon Marketplace**. To provide feedback for the seller please visit www.amazon.com/feedback. To contact the seller, go to Your Orders in Your Account. Click the seller's name under the appropriate product. Then, in the "Further Information" section, click "Contact the Seller."

**PLAINTIFF'S**
**EXHIBIT "A"**

The Goodyear Store

<u>**1**</u>   <u>**2**</u>



(assets/product_images/GOY0136-l.jpg)

Titleist ProV1 Golf Balls (product.asp?
pf_id=GOY0136&dept_id=430)
GOY0136
$87.50

**PLAINTIFF'S
EXHIBIT "B"**

The Goodyear Store

The #1 ball on worldwide tours, the Titleist (R) Pro V1(R) Golf Ball will please those of your clients who love the game! This box of 12 balls is designed for serious golfers with a wide range of launch conditions seeking tour-level golf ball performance and technology. Made of Ionomer material, this imprinted sports equipment provides exceptional combination of distance, consistent flight, and very soft feel Drop-and-Stop(TM) greenside control. 7-1/2"w x 5-1/2"h x 1-3/4"d. Imprinted with the Goodyear logo in blue.

👁 **View Item (product.asp?pf_id=GOY0136&dept_id=430)**

✚ **Quick Select Item (xt_orderform_additem.asp?pf_id=GOY0136&dept_id=430&sku=GOY0136&qty=1**

The Goodyear Store



(assets/product_images/GOY0139-l.jpg)

Titleist Ultra Light Stand Bag (product.asp?
pf_id=GOY0139&dept_id=430)

GOY0139

$368.75

The Titlist Ultra Light Stand Bag will surpass your wildest expectations. Extremely lightweight, it has all the features of a larger stand bag design, and five convenient, zippered pockets include a velour-lined valuables pocket with weather-resistant zipper. Embroidered with the Goodyear logo.

👁 View Item (product.asp?pf_id=GOY0139&dept_id=430)



The Goodyear Store

**1   2**



[assets/product_images/GOY10157-l.jpg](assets/product_images/GOY10157-l.jpg)

## 5 Piece Marker and Tee Set (product.asp?pf_id=GOY10157&dept_id=430)

GOY10157

$2.45

Features four Goodyear imprinted tees and one Wingfoot 1 ball marker in a matchbook case. Decorated in navy.

👁 **View Item (product.asp?pf_id=GOY10157&dept_id=430)**





(assets/product_images/GOY10159-l.jpg)

Hat Clip and Ball Marker (product.asp?
pf_id=GOY10159&dept_id=430)
GOY10159
$8.70
Features matte nickle finish and full color imprint on ball marker.

&#128065; View Item (product.asp?pf_id=GOY10159&dept_id=430)

&#10133; Quick Select Item (xt_orderform_additem.asp?pf_id=GOY10159&dept_id=430&sku=GOY10159&qty

👁 View Item (product.asp?pf_id=GOY10160&dept_id=430)

➕ Quick Select Item (xt_orderform_additem.asp?pf_id=GOY10160&dept_id=430&sku=GOY10160&qty



(assets/product_images/GOY10019-l.jpg)

## Nike NDX Golf Balls (product.asp?pf_id=GOY10019&dept_id=430)

GOY10019

$33.45

1 dozen Nike NDX HEAT golf balls. Goodyear screened in blue.



The Goodyear Store

👁 View Item (product.asp?pf_id=GOY10019&dept_id=430)

➕ Quick Select Item (xt_orderform_additem.asp?pf_id=GOY10019&dept_id=430&sku=GOY10019&qt)



(assets/product_images/GOY10139-l.jpg)

Nike Tri-Fold Towel (product.asp?pf_id=GOY10139&dept_id=430)
GOY10139

⬆

Goodyear Trademarks

| MarkName | Class | Goods | Reg No | Reg Date |
|---|---|---|---|---|
| GOODYEAR | 12 | Pneumatic tires | 504296 | 11/30/1948 |
| GOODYEAR | 12 | Tires | 4494937 | 3/11/2014 |
| GOODYEAR & Design | 12 | Rubber treads for retreading tires | 1167180 | 9/1/1981 |
| GOODYEAR & Design | 12 | Rubber tires | 56752 | 10/16/1906 |
| GOODYEAR & Design | 12 | Tires | 2149231 | 4/7/1998 |
| GOODYEAR & Design | 12,17,7 | Tires and inner tubes therefor ; Hose ; Belting composed wholly or principally of rubber | 507923 | 3/22/1949 |
| GOODYEAR EXCELLENCE | 12 | Tires | 3386204 | 2/19/2008 |
| GOODYEAR | 37 | Automotive repair service | 873220 | 7/15/1969 |
| GOODYEAR & Design | 37 | Automotive repair services | 883095 | 12/23/1969 |
| GOODYEAR & Design | 35,37 | Retail tire store services; automobile repair and maintenance services | 2149230 | 4/7/1998 |
| GOODYEAR AUTO SERVICE CENTER | 35,37 | Retail tire store services; automobile repair and maintenance services | 3017732 | 11/22/2005 |
| GOODYEAR SILENTARMOR TECHNOLOGY | 12 | Windshield wiper blades | 3709741 | 11/10/2009 |
| GOODYEAR RESPONSEDGE TECHNOLOGY | 12 | Windshield wiper blades | 3709740 | 11/10/2009 |
| GOODYEAR | 12 | Windshield wiper blades | 3606879 | 4/14/2009 |

PLAINTIFF'S
EXHIBIT "C"

Goodyear Trademarks

| MarkName | Class | Goods | Reg No | Reg Date |
|---|---|---|---|---|
| GOODYEAR ASSURANCE | 12 | Windshield wiper blades | 3803790 | 6/15/2010 |
| GOODYEAR | 35 | Promoting of goods and services of others by means of aerial advertising | 849967 | 5/28/1968 |
| GOODYEAR | 27 | Floor mats | 3476559 | 7/29/2008 |
| GOODYEAR & Design | 3 | Tire care products, namely, tire cleaning and tire shining preparations | 2051565 | 4/8/1997 |
| GOODYEAR & Design | 28 | Games and playthings - namely, scale model toy vehicles, inflatable toys; and sporting articles - namely, golf balls and tees | 1162678 | 7/28/1981 |

2 of 2

ReadyGOLF

$6.95 Shipping on Orders Under $100 -or- FREE Shipping on Orders Over $100!

Equipment | Apparel | Accessories | Headcovers | Gifts | Women's Shop | Fan Shop | SALE

Search...

Search ▸

Shop By Brand ▸

Your Bag (0)

$6.95 Shipping on Orders Under $100 -or- FREE Shipping on Orders Over $100!

Here's to the fun side of golf. Cheers!

Home > Search for "goodyear"

We found 1 results matching your criteria.

Find by Brand
ReadyGOLF (1)

Sort By:  Title  ▾

Search within...  GO

30 per page  ▾   Page  1



ReadyGolf - Goodyear Eagle Racing
Slick Tire Ball Marker & Hat Clip
Price: $15.95

PLAINTIFF'S
EXHIBIT "D"



## BUCKINGHAM
Est. 1913

Matthew R. Duncan
Attorney at Law
mduncan@bdblaw.com
d: 330.258.6547 • df: 330.252.5557

July 29, 2016

**VIA CERTIFIED MAIL AND ORDINARY MAIL**

Mr. David Dachs
Ready Golf
4772 Betty Davis Drive
York, SC 29745

**Re:    Unauthorized Use of Trademarks**

Dear Mr. Dachs:

The undersigned and the law firm of Buckingham, Doolittle & Burroughs, LLC represent The Goodyear Tire & Rubber Company ("Goodyear"). Goodyear is the owner of numerous federally registered and common law trademarks covering products and services that include, but are not limited to, tires, rubber goods, chemical productions, vehicle maintenance and repair services, golf balls, and golf tees, such as Trademark Registration No. 1162678.

Goodyear has discovered that your Company, Ready Golf, is using Goodyear's Trademarks in conjunction with the sale of golf ball markers as evidenced by the screen capture below taken from your website, www.readygolf.com:



**PLAINTIFF'S
EXHIBIT "E"**

**Buckingham, Doolittle & Burroughs, LLC**
p: 330.376.5300  f: 330.258.6559  tf: 1.800.686.2825

Mr. David Dachs
Ready Golf
July 29, 2016
Page 2

Your unauthorized use of Goodyear's Trademarks constitute willful trademark infringement under 15 U.S.C. § 1051, et seq., unfair competition, and deceptive trade practices, and will not be tolerated. Goodyear demands that Ready Golf immediately cease and desist from using any of Goodyear's trademarks, and any confusingly similar mark, for any purpose, including but not limited to, selling products bearing the Goodyear Trademarks. Goodyear further demands that no later than August 15, 2016, Ready Golf provide Goodyear with written assurances that Ready Golf has ceased such conduct, and that you remove any products bearing Goodyear Trademarks from your website by that date. Furthermore, you must destroy any and all packaging, labels, and marketing materials that bear the infringing Trademark and send all of your remaining inventory of these products to Goodyear. Under 15 U.S.C. § 1117, Goodyear is entitled to an accounting and up to three times the listed profits derived by Ready Golf from your willful Trademark infringement. If by August 15, 2016, Goodyear does not receive these written assurances from Ready Golf, as well as all of your current inventory of products bearing Goodyear Trademarks, Goodyear is prepared to initiate legal action against Ready Golf to protect its rights.

In connection with any legal action, Goodyear may, without further notice to Ready Golf, assert its statutory right to damages, lost profits, punitive damages, attorneys' fees and the costs thereof, as well as an accounting and disgorgement of Ready Golf's profits derived from Ready Golf's Trademark infringement, as well as any other rights or remedies that may be available under federal and state laws.

This letter is being sent to you in accordance with Federal Rule of Evidence 408, and is without prejudice to any rights, claims and defenses of Goodyear, all of which are expressly reserved. Thank you for your anticipated cooperation in this matter.

Sincerely,

Matthew R. Duncan

MRD:pmz
cc:     The Goodyear Tire & Rubber Company
AK3:1232252_v1

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. David Dachs
   Ready Golf
   4772 Betty Davis Drive
   York, SC 29745

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
David Dachs    8-5-16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7015 0920 0002 3436 6770

PS Form 3811, July 2013    Domestic Return Receipt

# The Goodyear Tire & Rubber Company
## Akron, Ohio 44316

Intellectual Property Law Department

Nicholas J. Valenziano, Jr
Direct Dial (330) 796-3988
nick_valenziano@goodyear.com

June 16, 2016

*Via Federal Express*

Mr. David Dachs
Ready Golf
4772 Betty Davis Drive
York, SC 29745

      Re:    Trademark Infringement

Dear Mr. Dachs:

We are in receipt of your letter in which you explain how you make the offending golf ball markers. We appreciate your explanation, but it fails to eliminate the problem or absolve you from responsibility.

Your use of the GOODYEAR and EAGLE trademarks in this fashion is likely to cause confusion as to the source or sponsorship of the markers. Purchasers are likely to believe, incorrectly, that Goodyear sponsors or endorses the markers, or is somehow affiliated with your organization. Furthermore, it is inarguable that in selling these ball markers you are intentionally trading on the enormous goodwill embodied in the GOODYEAR and EAGLE trademarks. These trademarks are, after all, the chief selling point of the ball markers.

That Goodyear may have authorized others to affix its well-known trademarks to model vehicle tires does not give you the right to repurpose such tires for an entirely different product.

As stated in my April 26, 2016, letter (attached for your reference), Ready Golf's unauthorized use of the GOODYEAR and EAGLE trademarks constitutes willful trademark infringement under the federal trademark laws, 15 U.S.C. §1051 et seq. Accordingly, Goodyear re-iterates its demand that you immediately stop selling the GOODYEAR EAGLE ball markers and ship your remaining inventory of the items to Goodyear for proper disposal.

Mr. David Dachs
Ready Golf
June 16, 2016
Page 2

If by June 24, 2016, we do not have the requested inventory and your written assurances that you have ceased all infringing activities, Goodyear will demand an accounting and disgorgement of your profits, as well as compensation in an amount sufficient to reimburse Goodyear for its attorney fees.

This letter is written pursuant to Federal Rule of Evidence 408, and is without prejudice to the rights, claims and defenses of The Goodyear Tire & Rubber Company, all of which are expressly reserved.

Sincerely,

Nicholas J. Valenziano, Jr.
Senior Counsel – Intellectual Property

Enclosures

# The Goodyear Tire & Rubber Company
## Akron, Ohio 44316

Intellectual Property Law Department

Nicholas J. Valenziano, Jr
Direct Dial (330) 796-3988
nick_valenziano@goodyear.com

April 26, 2016

*Via Federal Express*

Ready Golf
4772 Betty Davis Drive
York, SC 29745

Re:    Trademark Infringement

Dear Sir or Madam:

It has come to our attention that Ready Golf is selling a golf ball marker designed to look like a GOODYEAR EAGLE racing tire (the "Ball Marker"). The Ball Marker is sold online at www.readygolf.com (see attached) and bears the famous GOODYEAR and EAGLE trademarks (the "Trademarks").

The Goodyear Tire & Rubber Company ("Goodyear") is the owner of the world famous GOODYEAR trademark, which it has continuously used alone and in combination with its well-known Winged Foot Design trademark for over 100 years.  The GOODYEAR trademark is the subject of numerous valid and subsisting United States trademark registrations covering tires, rubber goods, chemical products, vehicle maintenance and repair services and other goods and services, including golf balls and golf tees (registration No. 1162678).

The EAGLE trademark is also the subject of numerous valid and subsisting United States trademark registrations for tires, and the GOODYEAR EAGLE racing tire is well known in the racing industry and to racing fans.

Ready Golf has no right or authority to use the Trademarks on or in connection with the sale of ball markers or any other goods, something it must have known when it undertook this activity.  Ready Golf's unauthorized use of the Trademarks constitutes willful trademark infringement under the federal trademark laws, 15 U.S.C. §1051 et seq.

As a result of Ready Golf's conduct, Goodyear has been irreparably damaged and demands that you immediately stop selling the infringing Ball Marker, and destroy any and all packaging, labels, marketing materials and inventory that bear the infringing mark. Under 15 U.S.C. § 1117 of the federal trademark law, Goodyear is entitled to an accounting, and up to three times the illicit profits derived by Ready Golf in connection with its willful infringement.

Ready Golf
April 26, 2016
Page 2

However, Goodyear will forego the accounting and profits if you immediately stop selling these Ball Markers and ship your remaining inventory of the items to Goodyear for proper disposal.

If by May 10, 2016, we do not have the requested inventory and your written assurances that you have ceased all infringing activities, Goodyear will take appropriate steps to enforce its valuable rights and protect its trademarks. Be advised that should Ready Golf refuse to cooperate, Goodyear will no longer be content with cessation of the infringing activity and acquisition of the infringing inventory but will require an accounting and disgorgement of your profits, as well as compensation in an amount sufficient to reimburse Goodyear for its attorney fees.

This letter is written pursuant to Federal Rule of Evidence 408, and is without prejudice to the rights, claims and defenses of The Goodyear Tire & Rubber Company, all of which are expressly reserved.

Sincerely,

Nicholas J. Valenziano, Jr.
Senior Counsel – Intellectual Property

Enclosures

Hi Matthew,

Let me start by explaining what you are looking at. This is golf ball marker that was
made by hand to order. I have no inventory. This is an arts & craft project. It takes me
about a half hour to make each one. They are not mass produced. I don't print your logo.
I don't even make the tires. I start my locating die cast Nascar models on eBay or yard
sales, etc.... I remove the tires and then cut them in half (this is not easy), then I mount
them with glue on to a a piece of metal. All I'm doing is recycling old or unwanted
models. Goodyear has already received royalties on this product. I make similar ball
markers with used baseball, footballs, shotgun shells, even guitar picks. Below are a list
of examples.

https://www.readygolf.com/readygolf-baseball-leather-inlay-ball-marker-game-used/

https://www.readygolf.com/readygolf-birdie-hunting-20-gauge-shotgun-shell-ball-
marker/

https://www.readygolf.com/readygolf-eye-ball-marker-hat-clip-green/

https://www.readygolf.com/readygolf-fender-guitar-pick-ball-marker-hat-clip-black-
moto/

https://www.readygolf.com/readygolf-football-leather-inlay-ball-marker-hat-clip/

https://www.readygolf.com/readygolf-golf-ball-skins-ball-marker-hat-clip-yellow/

https://www.readygolf.com/readygolf-new-york-city-subway-token-ball-marker-hat-
clip/

https://www.readygolf.com/readygolf-scrabble-letter-monogram-ball-marker-hat-clip/

https://www.readygolf.com/readygolf-tone-control-knob-ball-marker-hat-clip/

https://www.readygolf.com/readygolf-do-you-feel-lucky-44-magnum-ball-marker/

All of these products are hand made from recycled materials.

I am not the only one the recycles old worn out items into new products. Here are
examples of tires that have been recycled in to function products using full sizes tires.

This is one of my favorites:



**PLAINTIFF'S
EXHIBIT "F"**

http://www.racecoolers.com/

Esty and Pinterest are also great sites where you will fine craft projects made from recycled tires etc... People make clocks, coolers, display cases just to name a few projects.

Do a search on Esty for "tire clock"

Search Google Images "Goodyear Tire Clock" or Tire Bookshelf"

Pinterest for "Tire Table", The some great examples of racing slick tires used to make glass coffee tables.

……The list goes on and on.

My craft project is no different than any of these, just on a smaller scale.

David Dachs
ReadyGOLF